**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNY HWANG on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>-against-<br><br>MIKIMOTO (AMERICA) CO., LTD.<br><br>　　　　　　Defendant. | Case No.  1:22-cv-5982<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

　　Dated:　　Hicksville, New York
　　　　　　　July 27, 2023

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　**/s/ Mars Khaimov**


　　　　　　　　　　　　　　　　By:　　Mars Khaimov, Esq.
　　　　　　　　　　　　　　　　　　　　100 Duffy Avenue, Suite 510
　　　　　　　　　　　　　　　　　　　　Hicksville, New York 11801
　　　　　　　　　　　　　　　　　　　　Tel (929) 324-0717
　　　　　　　　　　　　　　　　　　　　Fax (929) 333-7774
　　　　　　　　　　　　　　　　　　　　Email: mars@khaimovlaw.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*